IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-2310-NRN

RESURRECTION CHRISTIAN SCHOOL, a Colorado nonprofit corporation, acting by and through its Board of Directors,
DR. JERRY ESHLEMAN, Ed. D.,

    *Plaintiffs*,

v.

TOM GONZALEZ, in both his individual and official capacities as Executive Director of the Larimer County Department of Health and Environment,
ERIKA CATHEY, in both her individual and official capacities as Communicable Disease and Emergency Response and Preparedness Manager for the Larimer County Department of Health and Environment,

    *Defendants*.

---

### NOTICE OF VOLUNTARY DISMISSIAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

---

    Plaintiffs, through undersigned counsel, respectfully submits this Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) as follows:

    1.    Plaintiffs hereby voluntarily dismiss the claim against all Defendants pursuant to Rule 41(a)(1)(A)(i).

    2.    Rule 41(a)(1)(A)(i) provides that Plaintiffs may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgement.

    3.    Defendants have not been served and have not filed an Answer. Voluntary dismissal against Defendants is therefore available and appropriate.

Respectfully submitted October 31, 2023.

                                    **LAW OFFICES OF**
                                    **RANDY B. CORPORON**

/s/ *D. Beth Chambers.*
D. Beth Chambers, Attorney No. 53474
Randy B. Corporon, Attorney No. 29861
Law Offices of Randy B. Corporon P.C.
2821 S. Parker Road, Suite 555
Aurora, CO 80014
Telephone: (303 749-0062
bethc@corporonlaw.com
*Attorneys for Plaintiff*

2